**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THE PLAZA AT 835 WEST** | : | **CIVIL ACTION** |
| **HAMILTON STREET LP,** | : | |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **NO. 15-6616** |
| | : | |
| **ALLENTOWN NEIGHBORHOOD** | : | |
| **IMPROVEMENT ZONE** | : | |
| **DEVELOPMENT AUTHORITY,** | : | |
| **et al.,** | : | |
| **Defendants** | : | |

## O R D E R

**AND NOW,** this 16th day of January, 2018, upon consideration of the motion for leave to file a brief in excess of twenty-five pages filed by Defendant Allentown Neighborhood Improvement Zone Development Authority (Document #74), IT IS HEREBY ORDERED that the motion is GRANTED. The defendant's motion to dismiss the plaintiff's amended complaint is deemed accepted and filed as of November 9, 2017.

The Clerk of Court is directed to file the proposed motion, memorandum of law, and exhibits attached to the motion for leave as Exhibits #2 through and including #7.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C. J.